Myron D. Rumeld (MR-3941)
Howard Shapiro (*admitted pro hac vice*)
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

IN RE CITIGROUP PENSION PLAN ERISA : 05 Civ. 5296 (SAS/HP)
LITIGATION

: **ECF CASE**

THIS DOCUMENT APPLIES TO: ALL ACTIONS

:
------------------------------------------------------------- x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Defendants' Statement of Undisputed Facts Pursuant To Rule 56.1 of the Local Civil Rules of the Southern District of New York; and the accompanying affidavits of Myron D. Rumeld, Esq. and Lawrence Sher and exhibits thereto, and accompanying Memorandum of Law In Support of Defendants' Motion for Summary Judgment, and all the pleadings and proceedings had herein, Defendants The Citigroup Pension Plan and the Plans Administration Committee of Citigroup Inc. will move this Court before the Honorable Shira A. Scheindlin, at a date and time to be set by the Court, in the United States Courthouse, Southern District of New York, United States District Court, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Rule 56 of the Federal Rules of Civil

Procedure, granting Defendants' motion for summary judgment, and awarding Defendants further relief as the Court may deem just and proper.

Dated: New York, NY
       August 25, 2006

                                Respectfully Submitted,

                                PROSKAUER ROSE LLP

                                By: _____
                                   Myron D. Rumeld (MR-3941)
                                   Howard Shapiro (*admitted pro hac vice*)
                                1585 Broadway
                                New York, NY 10036
                                (212) 969-3021
                                *Attorneys for Defendants*

To:    Edgar Pauk, Esq.
        144 East 44th Street, Suite 600
        New York, NY 10017

        Brad N. Friedman, Esq.
        Milberg Weiss Bershad & Schulman, LLP
        One Pennsylvania Plaza
        New York, NY 10119